No. 57923.—Capitol Wine & Spirit Corp. v. United States, protests 119567–K and 119584–K (New York).

Opinion by Ekwall, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

No. 57924.—Chicago Macaroni Co. of N. Y., Inc., et al. v. United States, protests 156449–K, etc. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of artichokes in olive oil and mixed pickles in vinegar similar in all material respects to the merchandise the subject of *E. J. Petrosemolo Co., Inc.,* and *Barian Shipping Co., Inc.,* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiffs was sustained.

No. 57925.—F. G. Jackson et al. v. United States, protests 107416–K, etc. (Laredo).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of mixed feeds similar in all material respects to those the subject of *Southwestern Sugar & Molasses Co.* v. *United States* (18 Cust. Ct. 128, C. D. 1056) and *Pioneer Transfer Co.* v. *United States* (30 Cust. Ct. 101, C. D. 1504), the claims of the plaintiffs was sustained.

No. 57926.—The Fan Co. and National Carloading Corp. et al. v. United States, protests 150800–K, etc. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the articles in question consist of silent butlers, smoothing irons, and trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.